UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CARIBBEAN FARMERS MARKET, INC. : <br> : <br> Defendant. : <br> : | CIVIL ACTION NO.: <br><br> 1:18-CV-05276- MLB-CCB |

**CORRECTED**
**CONSENT DECREE**

The Equal Employment Opportunity Commission (the "Commission") instituted this action pursuant to Section 703(a) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-2(a) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. The Commission's Complaint alleged that Defendant Caribbean Farmers Market ("Defendant") discriminated against Charging Party Quetsy Cruz ("Cruz") by subjecting her to a hostile work environment because of her sex, female, and by failing to take prompt, remedial action to correct the hostile work environment in violation of Title VII. The Commission alleged also that Defendant constructively discharged Cruz. But, Defendant denies such allegations.

The Commission and Defendant, hereby stipulate to jurisdiction of the Court

over the parties and agree that the subject matter of this action is properly before the Court.

The parties have advised this Court that they desire to resolve the allegations in the Complaint without the burden, expense, and delay of further litigation.

It is therefore the finding of this Court, made on the pleadings and the record as a whole, that: (1) the Court has jurisdiction over the parties and the subject matter of this action; (2) the purpose and provisions of Title VII will be promoted and effectuated by the entry of the Consent Decree; and (3) this Consent Decree resolves all matters in controversy between the parties as provided in paragraphs 1 through 26 below.

It is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. Defendant is enjoined from violating Title VII and shall not discriminate against any person on the basis of sex, including subjecting employees to a hostile work environment because of sex.

2. Defendant is enjoined from retaliating against any person because that person has opposed any practice made unlawful by Title VII; filed a charge of discrimination; and/or testified, assisted, or participated in any investigation, proceeding, or hearing under Title VII.

3. The term of this Consent Decree shall be for five (5) years from its entry by the Court.

### SPECIFIC RELIEF TO CHARGING PARTY

4.     Defendant shall pay Cruz the sum of Twenty-five Thousand dollars (25,000) in settlement of the claims raised in this action.

5.     Payment shall be made by check within seven (7) days after entry of this Decree.   Defendant shall mail the check by certified mail or express delivery to Cruz at an address provided by the Commission.  Within seven (7) days after the check has been sent, Defendant shall send to the Commission a copy of the check and proof of its delivery to Cruz.  Neither the Commission nor Defendant make any representation or assume any responsibility for any tax liability, assessments, interest, penalties and/or costs that Ms. Cruz may or may not incur on such payments under local, state and/or federal laws.

6.     Within ten (10) days of the entry of this Consent Decree, Defendant shall eliminate from any employment records of Cruz all documents, entries, or references of any kind relating to the facts and circumstances which led to the filing of EEOC Charge Number 410-2016-02689 and the related events that occurred thereafter, including this litigation.  Defendant shall report compliance with this provision to the Commission within five (5) days of completion.

## POLICIES

7.     Within thirty (30) days of the entry of this Consent Decree, Defendant shall adopt, implement, and distribute a formal, written anti-discrimination policy that prohibits discrimination on the basis of sex, including sexual harassment, outlines a procedure for employees to make or report complaints

of discrimination, and identifies the individuals with whom complaints or reports should be filed (the "Policy"). The Policy will be adopted in English, Spanish, and Korean.

8. Defendant shall distribute to each current employee a copy of the Policy within the aforementioned 30-day time period. Within seven (7) days of dissemination of the Policy, Defendant shall report its compliance to the Commission. During the term of this Consent Decree, Defendant shall distribute the Policy to all new employees and review it with them within seven (7) days of hire.

9. Within 30 days of the entry of this Consent Decree, Defendant shall post a copy of the Policy (both in English and Spanish) described in paragraph 7 above in its store in a place where it is visible to all employees. The Policy shall be posted and maintained for the duration of this Consent Decree. If the Policy becomes defaced or unreadable, Defendant shall replace it by posting another copy. Within seven (7) days of the posting of the Policy, Defendant will report compliance with this provision to the Commission.

## TRAINING

10. During the term of this Consent Decree, Defendant shall provide an annual two (2) hour training program to all of its owners, managers, supervisors, and employees. The training shall be led by an EEO compliance specialist previously agreed to by the parties. Each training program shall promote Defendant's compliance with federal anti-discrimination laws, with

an emphasis on Defendant's obligations under Title VII not to discriminate on the basis of sex, Defendant's duty to provide a harassment-free workplace, and its duty to investigate reported incidents of harassment. Each training program shall also include an explanation of Defendant's policy referenced in paragraph 7 above, and an explanation of the rights and responsibilities of employees and managers under the policy.

11.    The first training program shall be completed within thirty (30) days after entry of this Consent Decree by the Court. Each subsequent training program shall be conducted at approximate one-year intervals. At least fifteen (15) days prior to each program, Defendant shall submit to the Commission an agenda for the training program by electronic mail sent to EEOC-ATDO-decree-monitoring@eeoc.gov. Defendant should presume that the agenda is approved unless contacted by the Commission regarding the agenda within five (5) days of submission of the agenda. Within seven (7) days after completion of each training program, Defendant shall certify to the Commission the specific training which was undertaken. This certification shall include the dates, times, locations of the training, and the identities of all trainers and attendees.

## POSTING

12.    Within seven (7) days after the entry of this Consent Decree, and continuing throughout the term of this Consent Decree, Defendant shall conspicuously post the attached Employee Notice (both in English and

Spanish), marked Exhibit A, hereby made a part of this Consent Decree, in a place where it is visible to all employees at its store. If the Notice becomes defaced or unreadable, Defendant shall replace it by posting another copy of the Notice. Within seven (7) days of the posting of this Notice, Defendant will report compliance with this provision to the Commission.

## REPORTING REQUIREMENTS

13. During the term of this Consent Decree, Defendant shall provide the Commission with annual reports, with the first being due 12 months after entry of this Consent Decree. Each report shall identify all persons who complained to Defendant of sex discrimination and/or sexual harassment during the reporting period, any witnesses to such alleged matters, and any persons allegedly involved in the reported discriminatory employment decisions and/or conduct. Specifically, such identification shall include:

    A.    the date of the complaint;

    B.    the nature of the complaint;

    C.    the name, address, telephone number(s), and job title of each person who made the complaint;

    D.    the name, address, telephone number(s), and job title of each person who was alleged to have engaged in discriminatory or retaliatory conduct;

    E.    the name, address, telephone numbers and job titles of each person whom Defendant contacted, interviewed, or otherwise obtained

information from concerning the complaint; and

    F.    a detailed description of all action taken in response to each complaint.

14. Each report required by paragraph 13 shall include copies of all documents reflecting the action(s) Defendant took to investigate each complaint and copies of any statements obtained.

15. In the event, there are no complaints to report pursuant to paragraph 13, Defendant shall send the Commission a "negative" report indicating no activity.

16. Each report required by paragraph 13 shall include certification by Defendant that the Notice required to be posted pursuant to this Decree remained posted during the entire period required.

## DISPUTE RESOLUTION AND COMPLIANCE REVIEW

17. The Commission may review compliance with this Consent Decree. As part of such review, the Commission may inspect Defendant's grocery store, interview employees, and examine and copy documents.

18. If at any time during the term of this Consent Decree, the Commission believes that Defendant is in violation of the Consent Decree, the Commission shall give notice of the alleged violation to Defendant. Defendant shall have 15 days in which to investigate and respond to the allegations. Thereafter, the parties shall then have a period of 20 days or

7

such additional period as may be agreed upon by them, in which to engage in negotiation regarding such allegations before the Commission exercises any remedy provided by law.

19. All notices to Defendant by the Commission pursuant to this Consent Decree shall be sent by electronic mail to: jae@jjlaws.com and soomanchae@gmail.com. If Defendant's designated point of contact changes at any time during the term of this Consent Decree, Defendant shall notify the Commission and provide contact information for a new designated point of contact within ten (10) days of the change.

20. All reports or other documents sent to the Commission by Defendant pursuant to this Consent Decree shall be sent by electronic mail to: (1) EEOC-ATDO-decree-monitoring@eeoc.gov; or (2) if by regular mail to – Antonette Sewell, Regional Attorney, Equal Employment Opportunity Commission, Atlanta District Office, 100 Alabama Street, SW, Suite 4R30, Atlanta, Georgia 30303.

21. Each party shall bear its own costs and attorneys' fees.

22. All claims brought by the Commission against Defendant in the instant action (Civil Action No. 1:18-cv-5276) shall be dismissed with prejudice, subject to this Court's jurisdiction to enforce provisions of this Consent Decree.

23. If any provision(s) of this Consent Decree is found to be unlawful, only the specific provision(s) in question shall be affected and the other provisions will remain in full force and effect.

24. The terms of the Consent Decree are and shall be binding upon (a) Defendant (b) all present and future parents of Defendant; (c) all present and future subsidiaries and/or affiliates of Defendant; and (d) all present and future owners, officers, directors, employees, agents, trustees, administrators, successors, representatives, or assigns of Defendant.

25. This Consent Decree constitutes the entire agreement and commitments of the parties. Any modifications to this agreement must be mutually agreed upon and memorialized in a separate writing signed by Defendant and the Commission and approved by the Court.

26. This Court shall retain jurisdiction of this case for purposes of monitoring compliance with this Decree and entry of such further orders as may be necessary or appropriate.

The parties jointly request that the Court approve and enter the Consent Decree:

FOR PLAINTIFF

INC

FOR DEFENDANT
CARIBBEAN FARMERS MARKET,

SHARON FAST GUSTAFSON
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

ANTONETTE SEWELL
Regional Attorney

LAKISHA DUCKETT-ZIMBABWE
Supervisory Trial Attorney

_Keyana Laws by LDZ with permission_
Keyana Laws
Senior Trial Attorney
EEOC - Atlanta District Office
100 Alabama St. S.W, Suite 4R30
Atlanta, Georgia 30303
Telephone:   (404) 562-6823
Facsimile:   (404) 562-6905
keyana.laws@eeoc.gov

_Sooman Choe_
Caribbean Farmers Market, Inc.


Jae Kim, Esq.
2550 Pleasant Hill Road Suite 435
Duluth, GA 30096
770-622-1211
(F) 770-622-1241
jae@jjlaws.com

**SO ORDERED** this 15th day of October, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

10

EXHIBIT A



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## POSTED PURSUANT TO FEDERAL COURT ORDER

This Notice is being posted pursuant to a federal court order voluntarily resolving a lawsuit brought by the United States Equal Employment Opportunity Commission (EEOC) against Caribbean Farmers Market, Inc.. In that lawsuit called *EEOC v. Caribbean Farmers Market, Inc.*, Case No. 1:18-cv-5276, the EEOC alleged that Caribbean Farmers Market, violated Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §2000e, *et seq.*, by discriminating against Quetsy Cruz when it subjected her to a hostile work environment because of her sex, female.

Title VII prohibits discrimination against employees and applicants on the basis of sex, which includes harassment because of a person's sex. Title VII also prohibits an employer from retaliating against any employee for opposing employment discrimination, including the filing of charges with the EEOC and/or for participating in any proceeding that addresses discrimination complaints.   The EEOC is a federal agency which investigates charges of unlawful employment discrimination and brings lawsuits in federal court to enforce Title VII.

Caribbean Farmers Market will comply with such federal law in all respects. Furthermore, Caribbean Farmers Market will not take any actions against employees because they have exercised their rights, reported an alleged violation under the law, or given testimony, assistance or participation in any investigation, proceeding or hearing conducted by the U.S. Equal Employment Opportunity Commission.

An employee has the right, and is encouraged to exercise that right, to report allegations of employment discrimination in the workplace. An employee may contact their local EEOC field office for the purpose of filing a charge of employment discrimination. If you believe you have been discriminated against, you may contact the EEOC at **(800) 669-4000** or TTY **(800) 669-6820**.

**This Notice must remain posted for five years from the date below and must not be altered, defaced, or covered by any other material.**

Dated: 10/11/2019

Sooman Chae
Caribbean Farmers Market, Inc.